371 A.2d 508
Commonwealth v. Kohlhaas, Appellant.

Argued September 14, 1976. William C. Kol-

las, with him Kollas and Costopoulos, for appellant; Richard C. Snelbaker, with him Martson and Snelbaker, for appellee, Mary E. Kohlhaas.

Order affirmed.